No. 83–5095.   CONNER v. GEORGIA, *ante*, p. 865;
No. 83–5147.   GRAHAM v. NEW YORK, *ante*, p. 896;
No. 83–5207.   MULLIGAN v. ARIZONA, *ante*, p. 860;
No. 83–5248.   WHEELING v. COMMISSIONER OF INTERNAL REVENUE SERVICE, *ante*, p. 862;
No. 83–5279.   ATTWELL ET AL. v. METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY ET AL., *ante*, p. 897;
No. 83–5299.   FLORES ET AL. v. ARANGUREN, *ante*, p. 898;
No. 83–5355.   MINYE v. UNIVERSITY OF MICHIGAN ET AL., *ante*, p. 899; and
No. 83–5366.   JAMES v. LOUISIANA, *ante*, p. 908.   Petitions for rehearing denied.

## DECEMBER 5, 1983

No. 83–334.   BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY, ALABAMA, ET AL. v. BROWN ET AL.   Affirmed on appeal from C. A. 11th Cir.

No. 83–280.   UTILITY TRAILER SALES CO. v. MACHINISTS AUTOMOTIVE TRADES DISTRICT LODGE NO. 190 OF NORTHERN CALIFORNIA ET AL.   Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.

No. A–394.   IN RE DAWSON.   C. A. 11th Cir.   Application for certificate of probable cause to appeal, presented to JUSTICE POWELL, and by him referred to the Court, denied.

No. A–408.   CHASE MANHATTAN BANK (NATIONAL ASSN.) v. SAND, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF NEW YORK.   Application for stay of an order of the United States District Court for the Southern District of New York, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. 82–792.   GROVE CITY COLLEGE ET AL. v. BELL, SECRETARY OF EDUCATION, ET AL.   C. A. 3d Cir.   [Certiorari granted, 459 U. S. 1199.]   Motion of the Solicitor General for leave to file a supplemental brief after argument granted.